# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-17-00468-CV

---

**Jim Brown and Patricia Brown, Appellants**

**v.**

**Resnick Properties, LLC; and Hunter Rentals & Property Management, Appellees**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 85961, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants Jim Brown and Patricia Brown filed their notice of appeal on July 13, 2017. The reporter's record was due on September 11, 2017. On September 21, 2017, this Court sent court reporter Terry Johnston notice that the reporter's record was overdue and asked him to send this Court a written explanation for the delay and an estimate of when the record would be complete. We requested that a response be filed no later than October 2, 2017. To date, he has not tendered the record or a response.

We therefore order Mr. Johnston to file the reporter's record in this cause no later than **November 15, 2017**. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Mr. Johnston being called before the Court to show cause why he should not be held in contempt of this order.

It is ordered on October 16, 2017.


Before Justices Puryear, Field, and Bourland